**JASON G. REVZIN**
Jason.Revzin@lewisbrisbois.com
Nevada Bar No. 008629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
***Counsel for Trans Union LLC***

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| LLOYD W. SIDWELL,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC ,<br><br>Defendants. | Case No. 2:18-cv-00486-JAD-GWF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Lloyd W. Sidwell ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On March 16, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is April 9, 2018. Trans Union needs additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including May 9, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiffs' Complaint. The time within which Trans Union must respond to the Complaint has not yet expired.

1

1  WHEREFORE, Defendant Trans Union respectfully requests this Court to enter an Order granting this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer o otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and including May 9, 2018.

DATED this 5th day of April, 2018     **LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin
Jason.revzin@lewisbrisbois.com
Nevada Bar No. 008629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
(702) 893-3383
(702) 893-3789 Fax
***Counsel for Trans Union LLC***

DATED this 5th day of April, 2018     */s/ Miles N. Clark*

Matthew I. Knepper
matthew.knepper@knepperclark.com
Miles N. Clark
miles.clark@knepperclark.com
Knepper & Clark, LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
(702) 825-6060
(702) 447-8047 Fax
and
Sean N. Payne
seanpayne@spaynelaw.com
Payne Law Firm, LLC
9550 S. Eastern Ave., Suite 253
(702) 952-2733
(702) 462-7227 Fax
and
David H. Krieger
dkrieger@hainesandkrieger.com
Haines & Krieger, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
(702) 880-5554
(702) 383-5518 Fax
***Counsel for Plaintiff***

2

**ORDER**

IT IS HEREBY ORDERED that Defendant Trans Union LLC has been granted an extension in which to file its responsive pleading to Plaintiff Lloyd W. Sidwell's Complaint, up to and including May 9, 2018 in Case No. 2:18-cv-00486-JAD-GWF.

DATED: _4/6/2018

_____
**UNITED STATES MAGISTRATE JUDGE**