Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LLOYD W. SIDWELL,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC;<br><br>　　　　　　　　Defendants. | **Case No. 2:18-cv-00486-JAD-GWF**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from April 9, 2018 through and including **May 9, 2018**. The additional time to respond to the Complaint will

///

///

///

///

///

///

facilitate settlement discussions between Plaintiff and Equifax. This stipulation is filed in good faith and not intended to cause delay.

Dated: April 10, 2018

KNEPPER & CLARK, LLC

By: */s/ Miles N. Clark*
   Miles N. Clark
   Nevada Bar No. 13848
   10040 W. Cheyenne Ave., Suite 170-109
   Las Vegas, NV 89129
   Phone: (702) 825-6060
   FAX: (702) 447-8048
   Email: miles.clark@knepperclark.com
   matthew.knepper@knepperclark.com
   *Attorneys for Plaintiff Lloyd W. Sidwell*

Dated: April 10, 2018

SNELL & WILMER L.L.P.

By: */s/ Bradley T. Austin*
   Bradley T. Austin
   Nevada Bar No. 13064
   3883 Howard Hughes Pkwy
   Suite 1100
   Las Vegas, NV 89169
   Tel: 702-784-5200
   Fax: 702-784-5252
   Email: baustin@swlaw.com
   *Attorneys for Defendant Equifax*
   *Information Services LLC*

**ORDER**

IT IS SO ORDERED.

DATED:   4/11/2018

_____
UNITED STATES MAGISTRATE JUDGE

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER (FIRST REQUEST)** by the method indicated below:

| | | | |
|---|---|---|---|
| XXXXX | Electronic Service (CM/ECF) | _____ | Federal Express |
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

Matthew Knepper, Esq.  
Miles Clark, Esq.  
Knepper & Clark LLC  
10040 W. Cheyenne Ave., Suite 170-109  
Las Vegas, NV  89129  
*Attorneys for Plaintiff Lloyd W. Sidwell*

David H. Krieger  
Haines & Krieger, LLC  
8985 S. Eastern Avenue  
Suite 130  
Henderson, NV 89123  
*Attorneys for Plaintiff Lloyd W. Sidwell*

DATED: April 10, 2018

*/s/ Maricris Williams*  
An Employee of Snell & Wilmer L.L.P.

4826-8742-0513