Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LLOYD W. SIDWELL, | Case No.: 2:18-cv-00486-JCM-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS** |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC; and TRANS UNION LLC, | **[FIRST REQUEST]** |
| Defendants. | |

Plaintiff Lloyd W. Sidwell ("Plaintiff"), by and through his counsel of record, and Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 1

1. On March 16, 2018, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On May 9, 2018, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt. 14].

3. On May 22, 2018, Plaintiff filed an Amended Complaint [ECF Dkt. 15].

4. On June 5, 2018 Trans Union filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 21].

5. On June 6, 2018, the Court denied Trans Union's Motion to Dismiss Complaint as moot. [ECF Dkt. 24].

6. Plaintiff's Response is due June 19, 2018.

7. Plaintiff and Trans Union have agreed to extend Plaintiff's response twenty-one days in order to allow the parties to discuss possible resolution of this matter. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **July 10, 2018**. This is the first request

//
//
//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 2

for seeking an extension, and is not made for purposes of delay.

**IT IS SO STIPULATED**.

June 17, 2018.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyanne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiff* | **LEWIS BRISBOIS BISGAARD & SMITH**<br><br>/s/ *Jason Revzin*<br>Jason Revzin, Esq.<br>Nevada Bar No.<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: jason.revzin@lewisbrisbois.com<br>*Counsel for Defendant Trans Union LLC* |
| --- | --- |
| **NAYLOR & BRASTER**<br><br>/s/ *Andrew J. Sharples*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* | |

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: June 19, 2018

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 3